B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>SCH Corp. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>20-1829454 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>180 Avenida La Pata, Suite 200<br>San Clemente, California<br>ZIP CODE 92673 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Orange County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other   Bad check diversion programs

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B 1 (Official Form 1) (1/08) Page 2

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): SCH Corp. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08) — Page 3

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s): SCH Corp.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

### Signature of Attorney*

X  /s/ James C. Carignan
Signature of Attorney for Debtor(s)
James C. Carignan
Printed Name of Attorney for Debtor(s)
Pepper Hamilton LLP
Firm Name
1313 Market Street, Suite 5100
Address  Wilmington, DE 19801

(302) 777-6530
Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Michael Schreck
Printed Name of Authorized Individual
Chief Executive Officer
Title of Authorized Individual
1/19/2009
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS OF SCH CORP.

The undersigned, being all of the members of the board of directors (the "Board of Directors") of **SCH Corp.** (the "**Company**"), **a Delaware** corporation, and acting in accordance with Section 141(f) of the Delaware General Corporation Law, hereby consent to the following actions and adopt the following resolutions by written consent in lieu of a meeting of the Board of Directors.

WHEREAS, the Board of Directors has considered the financial and operational aspects of the Company's business;

WHEREAS, the Board of Directors has reviewed the current status of the Company in light of recent events;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, its creditors, employees, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

RESOLVED, that Michael Schreck, the **Chief Executive Officer** of the Company and the other officers of the Company (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED, that the Authorized Officers of the Company be, and each of them hereby is, authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of the Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement ("DIP Financing"); and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized and empowered to retain the law firm of Friedman Kaplan Seiler & Adelman LLP ("FKSA") as bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of FKSA;

701089.1

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized and empowered to retain the law firm of Pepper Hamilton LLP ("Pepper Hamilton") as bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Pepper Hamilton;

RESOLVED, that the Authorized Officers of the Company be, and hereby are, authorized to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 reorganization; and

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or director of the Company in the name and on behalf of the Company, in furtherance of the purpose and intent of any of the foregoing resolutions, be, and they hereby are, ratified, confirmed, and approved in all aspects.

[signature pages follow]

01/18/2009  14:11    9492668991                MICHAEL SCHRECK                    PAGE  06/18

01/17/2009  06:48    9492668991                MICHAEL SCHRECK                    PAGE  06/18

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent. This Unanimous Consent may be signed in multiple counterparts, which together shall constitute a single document.

January 16, 2009

_____          _____
Russell Schreck                                          Michael Schreck

3

701089.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                              :
In re:                                        :    Chapter 11
                                              :
SCH Corp.,[1]                                 :    Case No. 09-_____ (___)
                                              :
                    Debtors.                  :    (Jointly Administered)
                                              :
---------------------------------------------------------x

## LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS

Following is a list of the Debtors' creditors holding the 20 largest unsecured claims on a consolidated basis. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim trade debt, bank loan, government contract, etc. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|
| Jones Day<br>3 Park Plaza, Ste 1100<br>Irvine, CA 92614-5976<br>c/o S. M. Harpen<br>Tel: (949) 851-3939 | Legal Fees | | | ✓ | $1,329,218.16 |

---

[1] The Debtors in these cases, along with each Debtor's federal tax identification number, are: SCH Corp. (20-1829454); American Corrective Counseling Services, Inc. (33-0656885); and ACCS Corp. (20-1829485). For purposes of these chapter 11 cases, the address for all Debtors is: 180 Avenida LaPata, San Clemente, CA 92673.

704421.1

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim trade debt, bank loan, government contract, etc. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|
| Payne & Fears, LLP<br>4 Park Plaza, Suite 1100<br>Irvine, CA 92614<br>c/o Scott S. Thomas<br>Tel: (949) 851-1100 | Legal Fees | | | ✓ | $ 200,401.79 |
| BTI Communications Group LTD<br>15700 W. 103rd Street, Suite 110<br>Lemont, IL 60439<br>c/o Eric Brackett<br>Tel: (562) 298-5001 | Telephone Equipment | | | | $ 91,500.00 |
| Kieckhafer, Schiffer & Co. LLP<br>6201 Oak Canyon Dr., Suite 200<br>Irvine, CA 92618<br>c/o James C. Kieckhafer<br>Tel: (949) 250-3900 | Audit & Tax Services | | | | $ 67,722.42 |
| Diversified Data & Comm. Inc.<br>10811 Northend<br>Ferndale, MI 48220<br>c/o Sales Person 0040<br>Tel: (248) 399-0715 | Operations - Letter Printing | | | | $57,355.11 |
| KPMG, LLP<br>Dept 0922<br>P.O. Box 120001<br>Dallas, TX 75312-0922<br>c/o Laurel Sutcliffe<br>Tel: (415) 963-7762 | Forensic Services | | | | $ 41,894.00 |
| First Insurance Funding Corp.<br>8075 Innovation Way<br>Chicago, IL 60682<br>Tel: (800) 837-2511 | General Business Insurance | | | | $ 18,446.12 |

2

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim trade debt, bank loan, government contract, etc. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|
| Great American Networks<br>15700 103rd Street<br>Lemont, IL 60439<br>Tel: (312) 432-5300 | Operations – Phones | | | | $ 12,234.24 |
| Banner Personnel Service, Inc.<br>1701 East Woodfield Road, Ste 600<br>Schaumburg IL 60173-5101<br>c/o Karen Blazich<br>Tel: (847) 706-9301 | Recruiting Fee | | | | $ 10,00.00 |
| InfoSend, Inc.<br>1041 S. Placentia Ave<br>Fullerton, CA, 92831-5105<br>Tel: (714) 525-8600 | Operations – Letter Printing | | | | $ 14,041.43 |
| Devon & Devon Career Professionals<br>P.O. Box 27008<br>Salt Lake City, UT 84127<br>c/o Tracy Garcia<br>Tel: (801) 963-2512 | Operations – Temp Labor | | | | $ 10,228.25 |
| Los Angeles Times<br>Times Minor Square<br>Los Angeles, CA 90053<br>Tel: (800) 528-7515 | Operations – Career Builder | | | | $ 8,260.03 |
| Platinum Advisors<br>1215 K Street, Suite 1150<br>Sacramento, CA 95814<br>c/o Ashton Arnold<br>Tel: (949) 369-6210 | Professional Services | | | ✓ | $ 6,125.00 |

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim trade debt, bank loan, government contract, etc. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|
| Corporate Express, Inc., 16501 Trojan Way La Mirada, CA 90638 c/o Mark Fennell Tel: (714) 868-4276 | Operations – Office Supplies | | | | $ 5,781.72 |
| Tamco Capital Corp P.O. Box 6434 Carol Stream, IL 60197-6434 Tel: (866) 497-0863 | Operations – Lease of Phone Systems | | | ✓ | $ 4,878.92 |
| Henderson, Franklin, Starnes & Holt, P.A., PO Box 280 Fort Myers, FL 33902-0280 c/o Beth Heyboer Tel: (239) 344-0280 | Legal Fees | | | | $ 4,415.10 |
| Everest National Insurance Co. P.O. Box 499 Newark, NJ 07101-0499 Tel: (877) 604-1995 | Workers Comp - Insurance Payment | | | | $ 4,132.32 |
| Dell Financial Services – 013 DFS Acceptance, Payment Processing Center PO Box 5275 Carol Stream, IL 60197-5275 Tel: (866) 413-3355 | Purchase of Computer Equipment | | | | $ 3678.14 |
| Key Equipment Finance System Ops-NY-31-66-0819 P.O. Box 1865 Albany, NY 12201-1865 c/o Emile Tel: (720) 304-1241 | Lease of Mailroom Equipment | | | | $ 3,252.61 |

4

704421.1

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim trade debt, bank loan, government contract, etc. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|
| Pitney Bowes<br>P.O. Box 856390<br>Louiseville, KY 40285-6390<br>Tel: (800) 228-1071 | Purchase of Postage Machine | | | | $ 3,172.52 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
:
In re:                                                    : Chapter 11
                                                          :
SCH Corp.,[1]                                             : Case No. 09-_____ (___)
                                                          :
                                    Debtors.              : (Jointly Administered)
                                                          :
----------------------------------------------------------x

**CERTIFICATION CONCERNING LIST OF CREDITORS
HOLDING 20 LARGEST UNSECURED CLAIMS**

      I, Michael Schreck, am the Chief Executive Officer of the debtor and debtor in possession (the "Debtor") in the above-captioned case and hereby certify under penalty of perjury that the *List of Creditors Holding 20 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

      The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *List of Creditors Holding 20 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

---

[1] The Debtors in these cases, along with each Debtor's federal tax identification number, are: SCH Corp. (20-1829454); American Corrective Counseling Services, Inc. (33-0656885); and ACCS Corp. (20-1829485). For purposes of these chapter 11 cases, the address for all Debtors is: 180 Avenida LaPata, San Clemente, CA 92673.

704421.1

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of January, 2009.

Signature: _____

704421.1

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
SCH Corp.,[1]                                            :   Case No. 09-_____ (___)
                                                         :
                              Debtors.                   :   (Jointly Administered)
                                                         :
---------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS

| SHAREHOLDER | ADDRESS | CLASS OF EQUITY | NUMBER OF SHARES |
|---|---|---|---|
| Equity Pacific Advisors, LLC | 17 Suprema Drive Newport Coast, CA 92657 | Series A Common Stock | 44,850 |
| Levine Leichtman Capital Partners III, L.p. | 335 North Maple Drive, Suite 240 Beverly Hills, CA 90210 | Warrants convertible to Series A Common Stock | 35,000 |
| The Libra Securities Division of Oak Ridge Financial Services Group Inc. | 11766 Wilshire Boulevard Suite 870 Los Angeles, CA 90025 | Warrants convertible to Series B Common Stock | 10,150 |

---

[1] The Debtors in these cases, along with each Debtor's federal tax identification number, are: SCH Corp. (20-1829454); American Corrective Counseling Services, Inc. (33-0656885); and ACCS Corp. (20-1829485). For purposes of these chapter 11 cases, the address for all Debtors is: 180 Avenida LaPata, San Clemente, CA 92673.

704421.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
                                    :
In re:                              :   Chapter 11
                                    :
SCH Corp.,[1]                       :   Case No. 09-____  (    )
                                    :
           Debtors.                 :   (Jointly Administered)
                                    :
------------------------------------x

## CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS

I, Michael Schreck, am the Chief Executive Officer of the debtor and debtor in possession (the "Debtor") in the above-captioned case and hereby certify under penalty of perjury that the list submitted herewith, pursuant to Local Rule 1007-1(a) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, formatted in portable document format, containing the *List of Equity Security Holders* of the Debtor, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of January, 2009.

Signature: _____

---

[1] The Debtors in these cases, along with each Debtor's federal tax identification number, are: SCH Corp. (20-1829454); American Corrective Counseling Services, Inc. (33-0656885); and ACCS Corp. (20-1829485). For purposes of these chapter 11 cases, the address for all Debtors is: 180 Avenida LaPata, San Clemente, CA 92673.

704421.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
                                 :
In re:                           :   Chapter 11
                                 :
SCH Corp.,[1]                    :   Case No. 09-_____ (___)
                                 :
                      Debtors.   :   (Jointly Administered)
                                 :
---------------------------------x

### STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(A) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Michael Schreck declares under penalty of perjury under the laws of the United States of America, as follows:

1. I am the Chief Executive Officer of SCH Corp..

2. The entities listed below own, directly or indirectly, 10% or more of any class of equity interests of the above captioned Debtor.

| SHAREHOLDER | ADDRESS | CLASS OF EQUITY | NUMBER OF SHARES |
|---|---|---|---|
| Equity Pacific Advisors, LLC | 17 Suprema Drive Newport Coast, CA 92657 | Series A Common Stock | 44,850 |
| Levine Leichtman Capital Partners III, L.p. | 335 North Maple Drive Suite 240 Beverly Hills, CA 90210 | Warrants convertible to Series A Common Stock | 35,000 |

Executed this 19th day of January, 2009.

---

[1] The Debtors in these cases, along with each Debtor's federal tax identification number, are: SCH Corp. (20-1829454); American Corrective Counseling Services, Inc. (33-0656885); and ACCS Corp. (20-1829485). For purposes of these chapter 11 cases, the address for all Debtors is: 180 Avenida LaPata, San Clemente, CA 92673.

704421.1