## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 09-10198 (BLS) |
| SCH Corp., *et al.,* ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

### NOTICE OF DEPOSITION OF MICHAEL SCHRECK

**TO:** MICHAEL SCHRECK AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable to this contested matter pursuant to Rule 9014(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Levine Leichtman Capital Partners III, L.P. ("LLCP"), by and through counsel, will take the deposition upon oral examination of Michael Schreck (the "Deponent") at the offices of Irell & Manella, LLP, 1800 Avenue of the Stars, 9th Floor, Los Angeles, California, on **February 2, 2009 at 1:30 p.m.** continuing from day to day until completed. The deposition will be taken before an officer authorized by law to administer oaths pursuant to Federal Rule 28 who will record the deposition stenographically.

Dated: January 23, 2009  CIARDI CIARDI & ASTIN
Wilmington, Delaware

By:  /s/ Mary E. Augustine
Daniel K. Astin (No. 4068)
Anthony M. Saccullo (No. 4141)
Mary E. Augustine (No. 4477)
919 Market Street, Suite 700
Wilmington, DE 19801
Tel: (302) 658-1100
Fax: (302) 658-1300
dastin@ciardilaw.com
asaccullo@ciardilaw.com
maugustine@ciardilaw.com

-and-

2

IRELL & MANELLA LLP
Howard J. Steinberg, Esquire
1800 Avenue of the Stars
9th Floor
Los Angeles, CA 90067
Tel: (310) 277-1010
Fax: (310) 203-7133
hsteinberg@irell.com

Attorneys for Levine Leichtman Capital
 Partners III, L.P.