IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
In re:                                              :   Chapter 11
                                                    :
SCH Corp., et al.,[1]                               :   Case No. 09- 10198 (BLS)
                                                    :   (Jointly Administered)
           Debtors.                                 :
                                                    :   Re: **D.I. Nos. 202, 230**
------------------------------------------------------x

**NOTICE OF FILING DECLARATION OF MICHAEL SCHRECK, IN OPPOSITION TO MOTION TO DISMISS CHAPTER 11 CASES AND IN SUPPORT OF MOTION FOR ORDER (I) AUTHORIZING AND APPROVING SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES, (II) AUTHORIZING PAYMENT OF THE DEBTORS' LENDER WITH THE CASH PROCEEDS THEREFROM, (III) APPROVING CREDIT BID OR WINNING BID AT THE AUCTION, AS APPROPRIATE, AND (IV) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND FIXING CURE COSTS ASSOCIATED THEREWITH IN CONNECTION WITH THE SALE**

PLEASE TAKE NOTICE that, on March 25, 2009, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the attached Declaration Of Michael Schreck, In Opposition To Motion To Dismiss Chapter 11 Cases And In Support Of Motion For Order (i) Authorizing And Approving Sale Of Substantially All Of The Debtors' Assets Free And Clear Of All Liens, Claims, Interests And Encumbrances, (ii) Authorizing Payment Of The Debtors' Lender With The Cash Proceeds Therefrom, (iii) Approving Credit Bid Or Winning Bid At The Auction, As Appropriate, And (iv) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases And Fixing Cure Costs Associated Therewith In Connection With The Sale.

---

[1] The Debtors in these cases, along with each Debtor's federal tax identification number, are: SCH Corp. (20-1829454); American Corrective Counseling Services, Inc. (33-0656885); and ACCS Corp. (20-1829485). For purposes of these chapter 11 cases, the address for all Debtors is: 180 Avenida LaPata, San Clemente, CA 92673.

#10729868 v1

Dated: March 25, 2009
       Wilmington, Delaware

                            PEPPER HAMILTON LLP

                            /s/ James C. Carignan
                            David M. Fournier (Bar No. 2812)
                            James C. Carignan (Bar No. 4230)
                            Hercules Plaza, Suite 5100
                            1313 Market Street
                            P.O. Box 1709
                            Wilmington, DE 19899-1709 (Courier 19801-1151)
                            Telephone: (302) 777-6500
                            Facsimile: (302) 421-8390
                            Email: fournierd@pepperlaw.com
                                        carignanj@pepperlaw.com

                            and

                            FRIEDMAN KAPLAN SEILER
                                & ADELMAN LLP
                            William P. Weintraub, Esq.
                            Shira D. Weiner, Esq.
                            Eamonn O'Hagan, Esq.
                            Jordan I. Brackett, Esq.
                            1633 Broadway
                            New York, NY 10019-6708
                            Telephone: (212) 833-1109
                            Facsimile: (212) 373-7909
                            Email: wweintraub@fklaw.com

                                        sweiner@fklaw.com
                                        eohagan@fklaw.com
                                        jbrackett@fklaw.com

                            Counsel for the Debtors and
                            Debtors in Possession

#10729868 v1