# Exhibit B

Levine Leichtman Capital Partners III, L.P.
335 North Maple Drive, Suite 240
Beverly Hills, CA 90210

January 12, 2009

ACCS Corp.
SCH Corp.
American Corrective Counseling Services, Inc.
180 Avenida La Pata, Suite 200
San Clemente, AC  92673
Attention:  Michael C. Schreck

Kenneth B. Cera, Esq.
Schwartz & Cera LLP
350 Fifth Avenue, Suite 7106
New York, N.Y.  10118

Re:    Notice of Acceleration

Dear Mr. Schreck:

Reference is made to the Securities Purchase Agreement dated as of November 10, 2004 (as amended from time to time, the "Securities Purchase Agreement"), by and among ACCS Corp., a Delaware corporation (the "Company"), SCH Corp, a Delaware corporation (the "Parent"), American Corrective Counseling Services, Inc., a California corporation ("ACCS", and together with Company and Parent the "ACCS Entities") and Levine Leichtman capital Partners III, L.P., a California limited partnership, as Purchaser ("LLCP").  Unless otherwise indicated, capitalized terms used but not defined herein have the meanings assigned to such terms in the Securities Purchase Agreement.

We also refer to letters previously sent to you dated July 24, 2008, August 12, 2008, September 2, 2008, October 22, 2008, November 3, 2008, December 2, 2008, and January 5, 2009 (collectively, the "Default Letters"), copies of which are enclosed herein.

We hereby reaffirm that the Events of Default described in the Default Letters have occurred and are continuing and that, pursuant to the Notes, interest at the Default Interest Rate continues to accrue and LLCP continues to incur attorneys' fees and costs which are required to be reimbursed on demand under the Securities Purchase Agreement.   In addition to the foregoing Events of Default, the Company and Parent have been in default of the Minimum EBITDA covenant (Section 10.15(a) of the Securities Purchase Agreement) and the Minimum Fixed Charge Coverage Ratio covenant (Section 10.15(b) of the Securities Purchase Agreement) since July 1, 2008.

Based upon the ACCS Entities' most recent financial projections, anticipated litigation expenses (which include trials in Florida, California, and potentially Indiana in the very near term, as well as additional litigation in Pennsylvania) and the unwillingness of the plaintiffs to settle such ongoing litigations on remotely reasonable terms, it does not appear that the ACCS Entities will be able to comply with its covenants and other obligations under the Securities Purchase Agreement for quite some time, if ever.

The Events of Default described herein constitute immediate Events of Default under Section 11.1 of the Securities Purchase Agreement.

**LLCP hereby informs you, that in accordance with Section 11.2 of the Securities Purchase Agreement, LLCP is hereby declaring all principal, accrued and unpaid interest on, and all other amounts under the Secured Senior Notes and all other Obligations immediately due and payable.**

The aggregate sum as of December 31, 2008 which is accelerated hereunder and consequently immediately due and payable is as follows:

| | |
|---|---|
| Principal on the Secured Senior Notes: | $31,613,624.62 |
| Accrued and Unpaid Default Interest from 9/1/08 through and including 12/31/08: | $502,136.50 |
| Interest on Unpaid Interest: | $16,246.96 |
| Unpaid LLCP fees/expenses as of 11/30/08: | $71,505.47 |
| **Total:** | **$32,203,513.55** |

Concurrently herewith, we have also delivered to you a letter of even date herewith informing you of our intent to foreclose on the stock of ACCS.

Notwithstanding the acceleration of the Obligations, LLCP remains supportive of the ACCS Entities and its management. Consequently, we would like to work with you closely over the next week to ensure a smooth process that reduces disruption to the business to the greatest extent possible, and explore any other options or ideas you may have. We fully expect management to act in accordance with its fiduciary duties and to conduct itself in a manner that will maximize value in respect of LLCP's claims.

This letter is being delivered without prejudice to the other rights, powers and remedies of LLCP under or in connection with the Securities Purchase Agreement, the Notes, the Collateral Documents, the other Investment Documents, and Applicable Laws, all of which rights, powers and remedies are hereby expressly reserved. Nothing herein shall constitute (or be deemed to constitute) an amendment or other modification of, or a supplement to, any term, condition or other provision of the Securities Purchase Agreement, the Notes, the Collateral Documents, any other Investment Document, all of which shall remain in full force and effect. Furthermore, nothing in this letter shall constitute (or be deemed to constitute) a waiver or forbearance of any rights, powers or remedies against the Company Parties, any other Persons or the Collateral, or of any breach, violation, Default, or other Event of Default, whether past, present or future, and

no course of dealing or failure or delay on the part of LLCP in exercising any rights, powers or remedies shall operate as a waiver thereof, nor shall any single or partial exercise of, or any abandonment or discontinuance of steps to enforce any right, power or remedy, preclude any other or any further exercise thereof or the exercise of any other rights, powers or remedies.

Very truly yours,

Arthur E. Levine

cc:    Mitch Cohen, Esq.